UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 31 P 2: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

| UNITED STATES OF AMERICA | ) |
| Petitioner | ) |
| | ) |
| V. | ) M.B.D. No. |
| | ) |
| STEVEN ORMEROD | ) 05 MBD 10063 |
| Respondent | ) |

**PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael Sullivan, United States Attorney for the District of Massachusetts, state that:

1. This proceeding for the enforcement of an Internal Revenue Service Summons is brought pursuant to sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. sections 7402(b) and 7604(a).

2. David Malo is a Revenue Officer of the Internal Revenue Service authorized to issue summonses under the Internal Revenue Laws.

3. The respondent, Steven Ormerod, resides or is found at 17 New Gardner Neck Road, Swansea, Massachusetts, 02777 within the jurisdiction of this Court. The respondent is in possession and control of testimony and documents concerning this investigation. The Internal Revenue Service is conducting an investigation for the collection of the tax liability of Steven Ormerod for the taxable period(s) ending on December 31, 1997, December 31, 1998, December 31, 1999, December 31, 2000, December 31, 2001 and December 31, 2002.

4. Section 6301 of the Internal Revenue Code of 1986, 26 U.S.C, authorizes the Secretary of the Treasury to collect the taxes imposed by the Internal Revenue Laws. For the purpose of collecting the tax liability of any person, Section 7602 authorizes the Secretary to issue a Summons to the person to appear at a time and place named in the Summons, to produce such books, papers, records or other data, and to testify, as may be relevant or material to collecting the tax liability.

5. On June 9, 2004, Revenue Officer David Malo, who was conducting the Service's investigation at that time, issued, pursuant to Section 7602 of the Internal Revenue Code of 1986, a summons to Steven Ormerod, directing him to appear before Revenue Officer David Malo at 166 Main Street, Brockton, MA. 02301 on June 23, 2004

and to produce for examination (and give testimony relating to) documents and financial records for the period(s) January 1, 2003 to May 1, 2004. A copy of the Summons is attached to this Petition as "Exhibit A". On June 10, 2004, Revenue Officer David Malo served the Summons on Steven Ormerod by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. Revenue Officer David Malo signed a certification on the face of the copy of the summons served that it is a true and correct copy of the original.

6. Steven Ormerod has failed and refuses to comply with the Summons.

7. The records sought by the Summons are not now in the possession of the Internal Revenue Service, and their production by Steven Ormerod for examination by an officer of the Internal Revenue Service is necessary to complete a Collection Information Statement.

8. This case has been reassigned to Revenue Officer Katherine McDonough, who is currently conducting the Service's investigation.

WHEREFORE, the petitioner prays that:

1. Steven Ormerod be ordered to show cause, if any he has, why he should not obey the Summons;

2. Steven Ormerod be ordered to obey the Summons at a time and place to be fixed by Revenue Officer Katherine McDonough or by any other officer of the Internal Revenue Service authorized to examine the records and take testimony; and

3. The cost of this action to be awarded to the United States.

By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Barbara Healy Smith
BARBARA HEALY SMITH
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3282

Dated: JANUARY 31, 2005

# Summons 

In the matter of   Steven Ormerod, 17 New Gardner Neck Rd, Swansea, MA 02777-2511

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): **Small Business/Self Employed Area: 05**

Periods  **12/31/1997, 12/31/1998, 12/31/1999, 12/31/2000, 12/31/2001, 12/31/2002**

## The Commissioner of Internal Revenue

To   Steven Ormerod

At   17 New Gardner NEck Road Swansea, MA 02777

You are hereby summoned and required to appear before David Malo, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents in your possession and control reflecting the assets and liabilities of the above named taxpayer(s) including, but not limited to, the following: all bank statements, checkbooks, canceled checks, savings account passbooks, and records of certificates of deposit, for January 1, 2003 to May 1, 2004 (specify current year and the preceding year), regarding accounts or assets held in the name of the taxpayer(s) or held for the benefit of the taxpayer(s); all records or documents regarding stocks and bonds, deeds or contracts regarding real property, current registration certificates for motor vehicles, and life or health insurance policies currently in force, any of which items are owned, wholly or partially, by the taxpayer(s), or in which the taxpayer(s) have a security interest, or held for the benefit of either or both of the taxpayer(s), so that a current Collection Information Statement may be prepared. A blank copy of such Collection Information Statement is attached hereto to guide you in the production of the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

166 Main Street, Brockton, MA 02301    508-895-8837

**Place and time for appearance at:**   166 Main Street, Brockton, MA 02301

on the  23rd  day of  June , 2004  at  8:00  o'clock  A  m.

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

Issued under authority of the Internal Revenue Code this ___ day of _____, ____

Signature of Issuing Officer

**Revenue Officer**
Title

Signature of Approving Officer (if applicable)

Title

**Original** -- to be kept by IRS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED
U.S. ATTORNEY

05 JAN -7 PM 3: 22

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Petitioner | ) | No. |
| V. | ) | |
| STEVEN ORMEROD | ) | 05 MBD 10063 |
| Respondent | ) | |

## DECLARATION OF REVENUE OFFICER

I, Katherine McDonough, Revenue Officer at the Internal Revenue Service, am currently conducting an investigation into the delinquent returns of Steven Ormerod. This case was reassigned to me from David Malo, who issued and served the summons.

I state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Steven Ormerod, are true to the best of my knowledge and belief.

I declare under the penalty of perjury that the foregoing is true and correct.
Executed this _____ day of _____, 200_.

Katherine McDonough
Internal Revenue Service