UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Petitioner,<br><br>v.<br><br>STEVEN ORMEROD,<br>　　　　Respondent. | M.B.D. No. 05-10063-PBS/JLA |

**MOTION TO WITHDRAW PETITION**
**TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

　　　　The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court on January 31, 2005.  This Court issued an Order to Show Cause for the respondent to appear before the Court on May 19, 2005.  No service has been made.

　　　　The petitioner now seeks to withdraw its petition because the respondent, Steven Ormerod, has complied with the Internal Revenue Service Summons.

　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN,
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　By:　　/s/Barbara Healy Smith
　　　　　　　　　　　　　　　　　　BARBARA HEALY SMITH
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　John Joseph Moakley U.S. Courthouse
　　　　　　　　　　　　　　　　　　1 Courthouse Way - Suite 9200
Dated: May 16, 2005　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　　　　(617) 748-3282